**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309–9264
www.iasb.uscourts.gov

In the Matter of:                                                  Case No. 10–03835–lmj13
Heather Lynn Ruddy

Debtor(s)

# NOTICE AND ORDER REGARDING HEARING
(Telephonic – No Testimony)

**TO:**
Penelope C. Souhrada, Atty for Debtor, (563) 322–0455
Stephen P. Wing, Atty for OHP 196 LLC, (563) 323–3000
Elizabeth E. Goodman, Atty for Chapter 13 Trustee, (515) 283–2713

**YOU ARE HEREBY NOTIFIED** that the Court will conduct a telephonic hearing on **April 5, 2011** during the **11:00 AM CDT** hour or as soon thereafter as possible on the following matter(s):

**Motion to Extend Time After Expiration of Specified Period (#40).**

**IT IS HEREBY ORDERED** that:

(1) The parties shall be prepared and available to accept the Court's call on the date and time indicated above.

(2) The parties shall promptly advise the assigned judge's calendar/courtroom deputy of any settlement, scheduling conflict or change in attorney handling the hearing.

(3) An attorney seeking a continuance must file a motion to continue hearing that indicates good cause for the continuance and that contains a professional or verified statement that one's client and all opposing parties have been contacted and that those entities either consent to or resist the motion. (Orders granting motions are the exception, not the rule.)

(4) If no bar date preceded the matter(s) noticed for hearing above, a party against whom relief is sought shall file an objection, if any, at least one full calendar week before the hearing date. If this Order and Notice was docketed and served on an expedited basis, then any objection must be filed at least one working day before the hearing.

(5) If the parties intend to rely upon exhibits at the time of the hearing, at least one full calendar week before the hearing date they must (a) exchange marked exhibits, (b) submit those exhibits (original and one set of copies) directly to the assigned judge's chambers and (c) file only their respective list of exhibits with the Clerk of Court. If this Order and Notice was docketed and served on an expedited basis, the exchange, submission and filing must be done at least one full working day before the hearing. The submission of exhibits to the Court shall include a set bearing the original exhibit stickers and a copy of that set for the judge. Debtor(s) in chapter cases and plaintiff(s) in adversary proceedings shall use consecutive numbers; creditor(s) in chapter cases and defendants(s) in adversary proceedings shall use consecutive letters. When a matter entails multiple creditors or multiple plaintiffs or defendants, self–explanatory acronyms should be used in addition to the numbers or letters. If an exhibit consists of more than one page, the party offering the exhibit shall number the pages at the bottom of each page.

(6) The time allotted for the hearing is **15 minutes.**

(7) If they have not already done so, the parties shall file hearing briefs by **NA.**

Judge Lee M. Jackwig
United States Bankruptcy Judge

Calendar/Courtroom Deputy: Colleen Reyno, 515–284–6477, cmr@iasb.uscourts.gov